PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donald Sacah Thompson      Cr. 00-00654-001

Name of Sentencing Judicial Officer: Dickinson R. Debevoise

Date of Original Sentence: 10-16-02

Original Offense: Possession of a Firearm With an Obliterated Serial Number

Original Sentence: 3 years probation; 6 months home confinement with electronic monitoring

Type of Supervision: Probation      Date Supervision Commenced: 10-16-02

Assistant U.S. Attorney: Nancy Hoppock      Defense Attorney: Tonianne Bongiovanni

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On April 26, 2004, in Savannah, Georgia, the offender was arrested by the Savannah Police Department and charged with reproduction of recorded materials. The authorities seized from the offender at the time of his arrest approximately 300 shirts and 400 bootleg DVD discs and VCR tapes. |
| 2 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
| | The offender was arrested on April 26, 2004, in Savannah, Georgia, which is outside the judicial district of supervision (Northern District of Georgia). The offender did not have the permission of the Court or the probation officer to leave the judicial district and travel to Savannah on this date. |

PROB 12C - Page 2
Donald Sacah Thompson

3      The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

Prior to his arrest on April 26, 2004, the offender was instructed by the probation officer to cease selling merchandise without a business license and without paying taxes on his sales.

I declare under penalty of perjury that the foregoing is true and correct.

Donald L. Martenz, Jr.
U.S. Probation Officer
Date: May 9, 2005

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: _August 15, 2005 AT 2:00 P.M._
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

June 9, 2005
Date